UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: CANADA (COMMISSIONER OF COMPETITION)

Plaintiff,

– *against* –

SCOTT SPENCER *and* BRYAN ROWLEY,

Defendants.

**ORDER**

26 Misc. 444 (ER)

RAMOS, D.J.:

On September 9, 2026, the Commissioner of Competition of Canada filed an *ex parte* application for an order directing the issuance of subpoenas to Scott Spencer and Bryan Rowley to appear and testify remotely in the case, *Canada (Commissioner of Competition) v. Google Canada Corporation and Google LLC*, File No. CT-2024-010, currently pending before Canada's Competition Tribunal. Doc. 1. On October 8, 2026, counsel for Defendants, Angelo Martin Russo and Amy Beth Manning, entered an appearance on behalf of Defendants. Docs. 15, 16. If Defendants wish to file a motion to quash, they should do so by November 6, 2026. If they do not file, the Court will grant the application.

It is SO ORDERED.

Dated: October 23, 2026
New York, New York

Edgardo Ramos, U.S.D.J.