McGuireWoods

McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-1818
Phone: 312.849.8100
Fax: 312.849.3690
www.mcguirewoods.com

Angleo M. Russo
Direct: 312.849.8168
arusso@mcguirewoods.com

MEMO ENDORSED

Defendants' request is granted. Defendants are directed to file their joint motion to quash by November 13, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 11/4/26
New York, New York

November 3, 2026

**Via ECF**
Honorable Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *In re: Ex Parte Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782, by Canada (Commissioner of Competition),*
Case No. 26-mc-00444-ER
Request for Additional Time to File Motion to Quash Pursuant to ECF No. 17

Dear Judge Ramos,

This firm represents Scott Spencer and Bryan Rowley in the above-referenced matter. Rowley and Spencer collectively and respectfully request a seven-day extension of time to file their joint motion to quash in response to the Ex Parte Application for Judicial Assistance filed September 26, 2026 by Canada (Commissioner of Competition) (the "Commissioner") (ECF No. 1, "Application"). On October 23, 2026, the Court entered an order inviting Spencer and Rowley to respond to the Application (ECF No. 17, "Order"), and their response is currently due on November 6, 2026. Since the Court issued its Order, counsel for Spencer and Rowley and counsel for the Commissioner (collectively, the "Parties") have met and conferred, regarding the parameters of the Commissioner's proposed subpoenas.

Spencer and Rowley request an extension of time to file their invited motion, to allow the Parties to continue their good faith negotiations, and potentially avoid motion practice on the issue. The Commissioner consents to this request and this would be the first extension on the matter. The requested extension does not affect any other scheduled dates or deadlines and there are no scheduled appearances on this matter. Therefore, Spencer and Rowley respectfully request that the Court grant their request to extend the time to file a motion to quash related to the Commissioner's Application up to and including November 13, 2026. We thank the Court for its consideration.

Respectfully Submitted,
/s/ Angelo M. Russo
Angelo M. Russo

cc: All counsel of record (via ECF)